# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **DANETTE HESTER,**<br>　　Appellant,<br><br>v.<br><br>**UNITED STATES DEPT. OF THE TREASURY, SECRETARY JANET L. YELLEN,**<br>　　Appellee. | Case No. 24-2039<br><br><br>**APPEARANCE** |

COMES NOW, the undersigned counsel, Marrissa Pasker, and hereby enters her appearance for the above-named Appellant in the above action.

　　　　　　　　　　　　　　　　**BOLES WITOSKY STEWART LAW PLLC**

　　　　　　　　　　BY:　　*/s/ Marrissa Pasker*
　　　　　　　　　　　　　　　　　　　　　　　　Marrissa Pasker
　　　　　　　　　　　　　　　**BOLES WITOSKY STEWART LAW PLLC**
　　　　　　　　　　　　　　　　　　2015 Grand Avenue, Ste. 200
　　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50312
　　　　　　　　　　　　　　　　　　　　　　　　(515) 235-0551
　　　　　　　　　　　　　　　　　　　　　　　(515) 243-3696 (Fax)
　　　　　　　　　　　　　　　　　　　　　marrissa@bwsiowa.com
　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR APPELLANT**

1

## CERTIFICATE OF SERVICE AND COMPLIANCE

The undersigned certifies the Motion was served upon Appellee's counsel on March 5, 2025 by CM/ECF filing as required by 8th Circuit Rule 25A(b).

This Motion contains 161 words and is within the words allowed by Fed. R. App. P. 27(d)(2)(A).

This Brief complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) as prepared in proportionally spaced typeface using Microsoft 365 Word in Century Schoolbook font, 14 point.

By: */s/ Tamra Fairchild*